UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GUZMAN, | Case No. 2:21-cv-01971-MCE-KJN |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| v. | **ORDER GRANTING STIPULATION FOR LEAVE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE AMENDED NOTICE OF REMOVAL** |
| BANK OF AMERICA CORP., et al., | |
| Defendants. | |

Based on a review of the Joint Stipulation for Leave for Defendant Experian Information Solutions, Inc. ("Experian") to File Amended Notice of Removal, sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Experian is hereby granted leave of court to file the Amended Notice of Removal not later than five (5) days following the date this Order is electronically filed.

**IT IS SO ORDERED.**

DATED: November 23, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE