# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GUZMAN,<br>Plaintiff,<br>vs.<br>BANK OF AMERICA<br>CORPORATION, EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br>and EQUIFAX INFORMATION<br>SERVICES, LLC,<br>Defendants. | Case No.<br><br>2:21-cv-01971-MCE-KJN<br><br>**ORDER TO**<br>**DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 10, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE